## Doc WARING *v.* COMMONWEALTH.

**Elections—Proof of Vote.**

Upon identification of one, who voted at a certain precinct, it is proper to permit the poll books to be read as evidence to the jury to show that his vote was recorded and counted.

**Same—Residence.**

The statute on "residence," of one claiming the right to vote, is the place where the family of a married man resides, unless such residence is for a temporary purpose only. If the family is permanently at one place, and he transacts business at another, the former shall be his residence.

APPEAL FROM GREENUP CIRCUIT COURT.

November 7, 1871.

OPINION OF THE COURT BY JUDGE PRYOR:

Having identified appellant as Franklin Warren, who voted at the Liberty precinct in August, 1870, it was proper to permit the poll books to be read as evidence to the jury to show that his vote was recorded and counted.

But it was erroneous to instruct the jury without qualification, that the place where a married man's family is, is his residence.

The statute on the subject of fixing the residence of an individual claiming the right to vote in a particular precinct, is that the place where the family of a married man resides shall generally be considered his residence unless the family so resides for a temporary

purpose.   If his family is permanently in one place and he trans-
acted business in another, .the former shall be his residence.

The instruction under the evidence shlould have embraced the
foregoing propositions in conformity to the statute.

1 Vol. R. S., pp. 434-435.

For the error in the instruction, therefore, the judgment must
be *reversed,* and the cause remanded for a new trial and for
further proceedings consistent herewith.

*Halbert, Thomas, for appellant.*